IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | CASE NO: 11-50405 |
| | Chapter 13 |
| Jeffrey Lynn Custer | |
| Tami Lee Custer | |
| Debtor(s). | Judge Marilyn Shea-Stonum |
| | <u>NOTICE OF HEARING<br>ON MODIFICATION OF PLAN<br>PRIOR TO CONFIRMATION</u> |

A hearing on the confirmation of the debtors' chapter 13 plan, as modified on February 14, 2011, shall be held on April 28, 2011 at 1:30 p.m. in room 260, U.S. Courthouse, 2 S. Main St., Akron, OH 44308.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr. 0007851
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing notice was sent by electronic ECF notice this 14th day of February, 2011 to Keith Rucinski, chapter 13 trustee, to the U.S. Trustee and by ordinary U.S. Mail to:

HSBC Household
P.O. Box 3425
Buffalo, NY 14240


HSCB
P.O. Box 5608
Glendale Hts., IL 60139-5608

/s/ Robert M. Whittington, Jr.